THE PEOPLE OF THE STATE OF NEW YORK, Plaintiff, *v.*
METROPOLITAN SURETY COMPANY, Defendant.

In the Matter of the Application of TITLE GUARANTY
AND SURETY COMPANY et al., Appellants.

JOHN F. YAWGER, as Receiver of the METROPOLITAN
SURETY COMPANY, Respondent.

*People* v. *Metropolitan Surety Co.*, 171 App. Div. 962, affirmed.
(Argued April 11, 1916; decided April 25, 1916.)

APPEAL, by permission, from an order of the Appellate
Division of the Supreme Court in the third judicial depart-
ment, entered December 11, 1915, which affirmed an
order of Special Term settling an intermediate account
of a dissolved corporation, and providing that the surplus
shall be distributed to creditors whose claims were con-
tingent at the time of the appointment of the receiver
instead of being applied towards payment of interest on
the claims that had then accrued.

The following question was certified: "Are the appel-
lants or any of them entitled to interest before the cred-
itors whose claims had not matured before January 6,
1909 (the date of the commencement of the action), have
received the principal of their claims?"

*John R. Halsey, Henry C. Willcox, William H.
Page, Neile F. Towner* and *Edward R. O'Malley* for
appellants.

*John Burlinson Coleman* and *Francis X. Brosnan*
for respondent.

Order affirmed, with costs, and question certified
answered in the negative; no opinion.

Concur: WILLARD BARTLETT, Ch. J., HISCOCK, COLLIN,
CUDDEBACK, HOGAN, SEABURY and POUND, JJ.